IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| TAMARA L. FOLKMAN,<br><br>Plaintiff,<br><br>vs.<br><br>DJO, LLC, a Delaware Corporation; DJO, INC., f/k/a DJ ORTHOPEDICS, INC., a Delaware Corporation; MCKINLEY MEDICAL, L.L.C., a Colorado Corporation; PACIFIC MEDICAL, INC., a California Corporation; THE BROE COMPANIES, INC.; and PAT BROE,<br><br>Defendants. | Case No.: 6:09-CV-342-AA<br><br>ORDER FOR DISMISSAL, *WITH PREJUDICE*, OF PAT BROE AND THE BROE COMPANIES, INC. |

Based upon the Stipulated Motion for Dismissal, with Prejudice, of Pat Broe and The Broe Companies, Inc. entered into by plaintiff Tamara L. Folkman and defendants The Broe Companies, Inc. and Pat Broe and upon Rule 41(a)(2) of the Federal Rules of Civil Procedure and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED**:

That defendants Pat Broe and The Broe Companies, Inc. are hereby dismissed from the above-entitled action with prejudice and on the merits, without cost to any of the parties hereto.

**SO ORDERED.**

Dated: 5/5/2011

BY THE COURT

Hon. Ann L. Aiken
United States District Court Judge

MXM/1063098/9675244v.1